# United States District Court
## for the
### Western District of Washington

PHOENIX FILMS PROPRIETARY LIMITED; LEGACY PRODUCTIONS LIMITED; and WARRIOR WITHIN PROPRIETARY LIMITED

)
)
)
*Plaintiff*
)
)
v.
)
)
AMAZON.COM, INC.; BAKER & TAYLOR, INC.; INGRAM ENTERTAINMENT, INC.; and ALLUMINATION FILMWORKS LLC
)
)
)
)
)
)
*Defendant*

Civil Action No. 2:11-cv-01990

**Instructions**

1. You must use Adobe Acrobat Reader to fill out and save this form. Download Adobe Reader here.

2. After completing this form, click on "File" "Save as" and save the form to your computer.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

INGRAM ENTERTAINMENT, INC.
TWO INGRAM BLVD.
LA VERGNE, TENNESSEE

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it) - or  60  days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

*CLERK OF COURT*



*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed*.. R. Civ. P. 4(1)*

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on  *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is  true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.