1

The Honorable James L. Robart

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

PHOENIX FILMS PROPRIETARY
LIMITED, an Australian company;

No. 2:11-cv-01990-JLR

10

LEGACY PRODUCTIONS LIMITED, a
New Zealand company; and WARRIOR

11

WITHIN PROPRIETARY LIMITED, an
Australian company,

NOTICE OF VOLUNTARY
DISMISSAL, WITH PREJUDICE, AS
TO DEFENDANT INGRAM
ENTERTAINMENT, INC.

12

Plaintiffs,

13

v.

14

AMAZON.COM, INC., a Washington

15

corporation; BAKER & TAYLOR, INC., a
Delaware corporation; INGRAM

16

ENTERTAINMENT, INC., a Tennessee
corporation; and ALLUMINATION

17

FILMWORKS LLC, a Delaware limited
liability company,

18

Defendants.

19

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Phoenix

20

Films Proprietary Limited, Legacy Productions Limited, and Warrior Within Proprietary

21

22

Voluntary Dismissal of Defendant Ingram Entertainment, Inc. – 1
No. 2:11-cv-01990-JLR

Meltzer Grant LLC
107 SE Washington St. #410
Portland, OR 97214
503-345-6912

1  Limited hereby dismiss all claims made in the above-captioned action, with prejudice, against

2  Defendant Ingram Entertainment, Inc.

3

4  DATED: April 4, 2012                          MELTZER GRANT LLC

5                                                by  s/ Eric S. Meltzer
                                                  by  s/ John E. Grant, III
6                                                Eric S. Meltzer WSBA #40203
                                                  John E. Grant, III WSBA #39539
7                                                107 SE Washington St., Suite 410
                                                  Portland, OR 97214
8                                                T: 503-953-1082
                                                  F: 503-345-6912
9                                                E: eric@meltzergrant.com
                                                  E: john@meltzergrant.com
10                                               Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

Voluntary Dismissal of Defendant Ingram Entertainment, Inc. – 2
No. 2:11-cv-01990-JLR

MELTZER GRANT LLC
107 SE WASHINGTON ST. #410
PORTLAND, OR 97214
503-345-6912

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on April 4, 2012, I caused a correct and true copy of the foregoing to

3   be electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4   notification to the following:

5        • Vanessa S. Power, vpower@stoel.com

6        • Gloria S. Hong, gshong@stoel.com

7

8   DATED: April 4, 2012                              MELTZER GRANT LLC

9                                                     by  s/ Eric S. Meltzer
                                                      by  s/ John E. Grant, III
10                                                    Eric S. Meltzer WSBA #40203
                                                      John E. Grant, III WSBA #39539
11                                                    107 SE Washington St., Suite 410
                                                      Portland, OR 97214
12                                                    T: 503-953-1082
                                                      F: 503-345-6912
13                                                    E: eric@meltzergrant.com
                                                      E: john@meltzergrant.com
14                                                    Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

Voluntary Dismissal of Defendant Ingram Entertainment, Inc. – 3
No. 2:11-cv-01990-JLR